NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MACNEIL IP LLC,**
*Appellant*

**v.**

**YITA LLC, JINRONG (SH) AUTOMOTIVE ACCESSORY INDUSTRIAL DEVELOPMENT CO. LTD.,**
*Appellees*

---

2024-2185, 2024-2188

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2023-00172, IPR2023-00173.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceedings are DISMISSED under Fed. R. App. P. 42 (b).

2                                    MacNeil IP LLC v. Yita LLC

(2)  Each side shall bear their own costs.


FOR THE COURT


December 31, 2025
Date

Jarrett B. Perlow
Clerk of Court


**ISSUED AS A MANDATE:** December 31, 2025